IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DiTommaso Lubin, PC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 07-CV-99999 |
| v. | ) FILED: AUGUST 24, 2008 |
| | ) 08CV4825 |
| Brian C. Witter and Law Offices of | ) JUDGE PALLMEYER |
| Brian C. Witter, PC, | ) MAGISTRATE JUDGE VALDEZ |
| | ) |
| Defendants. | ) |
| | ) CEM |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on August 24, 2008, I filed via ECF, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, the attached *Notice of Removal,* a copy of which is hereby served upon you.

/s/Brian C. Witter

Brian C. Witter
**Law Offices of Brian C. Witter, P.C.**
111 West Jackson Boulevard
Suite 1100
Chicago, IL 60604
(312) 961-4942 (T)
(312) 386-9759 (F)
*briancwitterpc@gmail.com*
Attorney No. 6198156

**Counsel for Defendants**

**Dated: August 24, 2008**

## CERTIFICATE OF SERVICE

I, Brian C. Witter, certify that on August 24, 2008, I served a copy of the foregoing *Notice of Removal* on the following counsel via facsimile and via email.

                         /s/ Brian C. Witter

**Joseph M. Laraia, Esq.**
**Laraia & Hubbard, P.C.**
**1761 S. Naperville Road, Suite 203**
**Wheaton, Illinois 60187**

**Counsel for Plaintiff**
**DiTommaso Lubin, PC**