U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| DiTommaso Lubin, PC | FILED: AUGUST 24, 2008 |
| v. | 08CV4825 |
| Brian C. Witter and | JUDGE PALLMEYER |
| Law Offices of Brian C. Witter, PC | MAGISTRATE JUDGE VALDEZ |
| | JJ |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants

| NAME (Type or print) |
|---|
| Brian C. Witter, PC |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Brian C. Witter |

| FIRM |
|---|
| Law Offices of Brian C. Witter, PC |

| STREET ADDRESS |
|---|
| 111 West Jackson Blvd., Suite 1100 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6198156 | 312.961.4942 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐